FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 20 2007

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

07 - CV - 00306-BNB

Civil Action No. _____

(The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.)

SUSAN MICHELLE ARAGON, and
ISAAC ANDREW ARAGON,

v.

CITY OF GREELEY,
GREELEY POLICE DEPT.,
GREGORY THARP, GP0223,
ADAM TURK GP0241, and
HEATH M. BOYES, GP0283,

  Defendants.

_____

**ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
DIRECTING PLAINTIFFS TO CURE DEFICIENCY**

_____

Plaintiffs Susan Michelle Aragon and Isaac Andrew Aragon have submitted *pro*

*se* motions and affidavits for leave to proceed pursuant to 28 U.S.C. § 1915 (Supp.

2006) and a complaint.  As part of the court's review pursuant to D.C.COLO.LCivR 8.1,

the court has determined that the submitted documents are deficient as described in

this order.  Notwithstanding the deficiencies, the clerk of the court will be directed to

commence a civil action.  Plaintiffs will be directed to cure the following if they wish to

pursue their claims.  Any papers which the plaintiffs file in response to this order must

include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)    __    is not submitted
(2)    __    is missing affidavit

(3)   __    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing

(4)   __    is missing required financial information

(5)   __    is missing an original signature by the prisoner

(6)   XX    is not on proper form (each plaintiff must use the court's current form)

(7)   __    names in caption do not match names in caption of complaint, petition or habeas application

(8)   __    An original and a copy have not been received by the court. Only an original has been received.

(9)   __    other _____

**Complaint, Petition or Application:**

(10)   __    is not submitted

(11)   __    is not on proper form (must use the court's current form)

(12)   __    is missing an original signature by each prisoner

(13)   XX    is missing page nos. <u>3-5</u>

(14)   __    uses et al. instead of listing all parties in caption

(15)   __    An original and a copy have not been received by the court. Only an original has been received.

(16)   __    Sufficient copies to serve each defendant/respondent have not been received by the court.

(17)   __    names in caption do not match names in text

(18)   __    other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the plaintiffs cure the deficiencies designated above **within thirty (30) days from the date of this order.** Any papers which the plaintiffs file in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the plaintiffs, together with a copy of this order, two copies of the following forms for use in by each plaintiff in submitting an individual motion and affidavit for leave to proceed pursuant to 28 U.S.C. § 1915 and for use by the plaintiffs in submitting a joint complaint: Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915; Complaint. It is

FURTHER ORDERED that any plaintiff who fails to cure the designated

deficiencies **within thirty (30) days from the date of this order** will be dismissed

without further notice as a party to this action.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this _____ day of _April_____, 2007.

BY THE COURT:

_____

BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.    07 - CV - 00806 -BNB

Susan M. Aragon
3304 17th Ave
Evans, CO 80620

Issac A. Aragon
3304 17th Ave.
Evans, CO 80620


I hereby certify that I have mailed a copy of the **ORDER and two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Complaint** to the above-named individuals on 4/20/07


GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk