FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 20 2007

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-00806-BNB

(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)

SUSAN MICHELLE ARAGON, and
ISAAC ANDREW ARAGON,

v.

CITY OF GREELEY,
GREELEY POLICE DEPT.,
GREGORY THARP, GP0223,
ADAM TURK GP0241, and
HEATH M. BOYES, GP0283,

    Defendants.

---

### ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFFS TO CURE DEFICIENCY

---

Plaintiffs Susan Michelle Aragon and Isaac Andrew Aragon have submitted *pro se* motions and affidavits for leave to proceed pursuant to 28 U.S.C. § 1915 (Supp. 2006) and a complaint. As part of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has determined that the submitted documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiffs will be directed to cure the following if they wish to pursue their claims. Any papers which the plaintiffs file in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)   ___   is not submitted
(2)   ___   is missing affidavit

(3) ___ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) ___ is missing required financial information
(5) ___ is missing an original signature by the prisoner
(6) XX is not on proper form (each plaintiff must use the court's current form)
(7) ___ names in caption do not match names in caption of complaint, petition or habeas application
(8) ___ An original and a copy have not been received by the court. Only an original has been received.
(9) ___ other _____

**Complaint, Petition or Application:**
(10) ___ is not submitted
(11) ___ is not on proper form (must use the court's current form)
(12) ___ is missing an original signature by each prisoner
(13) XX is missing page nos. 3-5
(14) ___ uses et al. instead of listing all parties in caption
(15) ___ An original and a copy have not been received by the court. Only an original has been received.
(16) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ___ names in caption do not match names in text
(18) ___ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the plaintiffs cure the deficiencies designated above **within thirty (30) days from the date of this order.** Any papers which the plaintiffs file in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the plaintiffs, together with a copy of this order, two copies of the following forms for use in by each plaintiff in submitting an individual motion and affidavit for leave to proceed pursuant to 28 U.S.C. § 1915 and for use by the plaintiffs in submitting a joint complaint: Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915; Complaint. It is

FURTHER ORDERED that any plaintiff who fails to cure the designated deficiencies **within thirty (30) days from the date of this order** will be dismissed without further notice as a party to this action. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 19th day of April, 2007.

BY THE COURT:

*Boyd N. Boland*
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.   07 - CV - 00806 -BNB

Susan M. Aragon
3304 17th Ave
Evans, CO 80620

Issac A. Aragon
3304 17th Ave.
Evans, CO 80620

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Complaint** to the above-named individuals on __4/20/07__

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk