IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 1 5 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-00806-BNB

SUSAN MICHELLE ARAGON,

    Plaintiff,

v.

CITY OF GREELEY,
GREELEY POLICE DEPT.,
GREGORY THARP GPO 223,
ADAM TURK GPO 241, and
HEATH M. BOYES GPOP 283,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on the motion for clarification submitted to and filed with the Court on May 15, 2007, by Isaac Andrew Aragon, a former Plaintiff in this action. The motion is GRANTED. On April 20, 2007, this Court ordered then-Plaintiffs Susan Michelle Aragon and Isaac Andrew Aragon to cure certain deficiencies in the case within thirty days. On May 4, 2007, Ms. Aragon submitted an amended complaint that only she signed and a motion and affidavit for leave to proceed pursuant to 28 U.S.C. § 1915 that only she signed. Therefore only Ms. Aragon has been granted leave to proceed in this action. Mr. Aragon is no longer a party to this action.

Dated: May 15, 2007

A copy of this Minute Order mailed on May 15, 2007, to the following:

Susan M. Aragon
3304 17th Ave.
Evans, CO 80620

                                      Secretary/Deputy Clerk