IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00806-DME-BNB

SUSAN MICHELLE ARAGON,

Plaintiff,

v.

GREGORY THARP,
ADAM TURK, and
HEATH M. BOYES,

Defendants.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Motion to Amend Complaint** [docket no. 26, filed July 25, 2007] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED.


DATED:  August 22, 2007