IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-00806-DME-BNB

SUSAN MICHELLE ARAGON,

Plaintiff,

v.

GREGORY THARP,
ADAM TURK, and
HEATH M. BOYES,

Defendants.

_____

# ORDER
_____

This matter is before me on the plaintiff's **Motion to Deny the Unsealing of Records** [Doc. # 29, filed 9/10/07] (the "Motion").  For the following reasons, the Motion is STRICKEN.

The plaintiff does not certify that copies of the Motion were served on the other parties or their attorneys.  Copies of papers filed in this Court are to be served upon counsel for all other parties (or directly on any party acting *pro se*) in compliance with Fed.R.Civ.P. 5.  Rule 5 provides:

> Every order required by its terms to be served, every pleading subsequent to the original complaint unless the court otherwise orders because of numerous defendants, every paper relating to discovery required to be served upon a party unless the court otherwise orders, every written motion other than one which may be heard ex parte, and every written notice, appearance, demand, offer of judgment, designation of record on appeal, and similar paper shall be served upon each of the parties.
>
> * * *

> All papers after the complaint required to be served upon a party,
> together with a certificate of service, shall be filed with the court
> within a reasonable time after service.

Fed.R.Civ.P. 5(a) and (d).

Service upon other parties may be by mail. Proof that service has been made is provided by a certificate of service. This certificate should be filed along with the original papers and should show the day and manner of service.

In addition, "[a]n application to the court for an order shall be by motion which . . . shall state with particularity the grounds therefor, and shall set forth the relief or order sought. . . . The rules applicable to captions and other matters of form of pleadings apply to all motions and other papers provided for by these rules." Fed.R.Civ.P. 7(b). The Motion does not contain a proper caption. Accordingly,

IT IS ORDERED that the Motion is STRICKEN.

IT IS FURTHER ORDERED that in the future copies of all papers filed in this Court must be served on counsel for the defendants in compliance with Rule 5 and this order.

IT IS FURTHER ORDERED that in the future all papers filed in this Court must include the appropriate caption.

Dated September 27, 2007.

                                                    BY THE COURT:

                                                    s/ Boyd N. Boland
                                                    United States Magistrate Judge