IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-00806-DME-BNB

SUSAN MICHELLE ARAGON,

Plaintiff,

v.

GREGORY THARP,
ADAM TURK, and
HEATH M. BOYES,

Defendants.

_____

## ORDER

_____

This matter is before me on the plaintiff's **Motion to Allow Parental Assistance During Discovery and Trial** [Doc. # 34, filed 10/17/07] (the "Motion").  On September 27, 2007, I directed the plaintiff to serve copies of papers filed in this Court upon counsel for all other parties and to file with the Court a certificate of service in compliance with Fed.R.Civ.P. 5.  Although the plaintiff has attached to the Motion copies of envelopes addressed to the City of Greeley and to Bruno, Colin, Jewell, and Lowe PC, counsel for the individual defendants, she does not certify that copies of the Motion were served on counsel for the defendants.  Examples of proper certificates of service may be found in papers filed by the defendants in this case.

IT IS ORDERED that the Motion is STRICKEN.

Dated October 22, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge