IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-00806-DME-BNB

SUSAN MICHELLE ARAGON,

Plaintiff,

v.

GREGORY THARP,
ADAM TURK, and
HEATH M. BOYES,

Defendants.

_____

**ORDER**
_____

This matter is before me on the plaintiff's **Second Motion to Allow Parental Assistance During Discovery and Trial** [Doc. # 38, filed 10/25/07] (the "Motion"). The plaintiff requests "approval" from the Court "to have [her] father . . . assist [her] during all proceeding[s] from discovery to trail [sic]."

The plaintiff has provided no proof that her father is an attorney. Consequently, the plaintiff's request to allow her father to represent her is DENIED.

By contrast, the plaintiff does not require court approval for her father merely to assist her with the case.

IT IS ORDERED that the Motion is DENIED

Dated November 2, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge