**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.     07-cv-00806-DME-BNB

SUSAN MICHELLE ARAGON,

        Plaintiff,

vs.

GREGORY THARP GPO223,
ADAM TURK GPO241,
HEATH (M) BOYES GPO283,

        Defendants.

---

**ORDER ON UNOPPOSED MOTION FOR ENTRY OF ORDER ON JOINT
STIPULATION FOR SUBSTITUTION OF DEFENDANTS AND DISMISSAL
WITH PREJUDICE OF INDIVIDUAL DEFENDANTS**

---

THIS MATTER coming before the Court on the Defendants' Unopposed Motion

for Entry of Order on Joint Stipulation for Substitution of Defendants and Dismissal With

Prejudice of Individual Defendants, and the Court, having duly considered and reviewed

the pleadings and being otherwise advised in the premises hereof, hereby orders:

1.   Defendant, City of Greeley, Colorado is hereby substituted for Defendants,

Gregory Tharp, Adam Turk, and Heath (M) Boyes.

2.   Defendants, Gregory Tharp, Adam Turk, and Heath (M) Boyes are hereby

dismissed with prejudice as from this action in their individual and official capacities.

3.   All future pleadings shall reflect the City of Greeley as the sole Defendant in

this action.

2

DATED this 9<u>th</u> day of November, 2007.

BY THE COURT:

*s/ David M. Ebel*

_____

David M. Ebel
U.S. Circuit Court Judge