**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.    07-cv-00806-DME-BNB

SUSAN MICHELLE ARAGON,

        Plaintiff,

vs.

CITY OF GREELEY,

        Defendant.

**ORDER ON UNOPPOSED MOTION FOR
DISMISSAL OF CASE WITH PREJUDICE**

THIS MATTER coming before this Court on the Unopposed Motion for Dismissal of Case With Prejudice, and the Court, having duly considered and reviewed the pleadings and being otherwise advised in the premises hereof:

HEREBY ORDERS:

1. This case is dismissed with prejudice and

2. Each party shall bear their own costs and fees.

DATED this 9th day of November, 2007.

        BY THE COURT:

        *s/ David M. Ebel*
        _____
        David M. Ebel
        U.S. Circuit Judge